# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Jahmean Aquil Glover,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:23-cv-00199-KDB |
| | ) | 5:21-cr-00079-KDB-DCK |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 18, 2024 Order.

June 18, 2024

Katherine Hord Simon, Clerk
United States District Court